THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRELL W. DEATON, JR.,

    Defendant.

Case No. 3:10CR111
Judge Walter H. Rice

## ORDER AMENDING FINAL ORDER OF FORFEITURE OF DEFENDANT DARRELL W. DEATON, JR.'S TO INCLUDE ADDITIONAL ITEMS TO BE FORFEITED

This matter having come before the Court upon the United States' Motion to Amend the Final Order of Forfeiture to include two additional items to be forfeiture, IT IS HEREBY ORDERED THAT:

1. The Final Order of Forfeiture entered on January 28, 2015, is hereby amended to include two additional items to be forfeited, specifically a HP Laptop, Serial No. CNU8522MR1 and a GE Digital Camera Model A730, number 72A0BK0U021230.

2. All other terms of the Final Order of Forfeiture shall remain the same.

Dated: 5-7-15

SO ORDERED:

_____
HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE