IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:10CR111 |
| DARRELL W. DEATON JR. | ) | JUDGE WALTER H. RICE |
| | ) | |

## ORDER

Based on information provided by the United States Probation Office, the defendant may have supervised contact with his minor niece (I.T.) and nephew (X.T.). The term contact extends to all forms of communication such as email, telephone, text, letter, and any other form of electronic communication. Contact with this child will be supervised by another adult who is approved by the probation officer and aware of Mr. Deaton's offense.

So Ordered:

Dated this 17th day of October, 2019

_____
The Honorable Walter H. Rice,
United States District Court Judge

CC: Cheryll A. Bennett, Defense Counsel
Brent Tabacchi, United States Attorney's Office
Dan Flanagan, United States Probation Office